UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONOVAN HINKLE

VERSUS

USAA GENERAL INDEMNITY COMPANY

CIVIL ACTION

NO. 17-156-JWD-EWD

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated September 11, 2017, to which no objection was filed:

**IT IS ORDERED** that the Motion to Remand, (Doc. 4) is DENIED. As the Court finds the basis for removal was proper, the Plaintiff's request for fees under 28 U.S.C. § 1447(c) is DENIED.

**IT IS FURTHER ORDERED** that Magistrate Judge Wilder-Doomes shall issue an order that sets a Scheduling Conference twelve (12) weeks from the date of the Report and Recommendation and a deadline for a Status Report that will be due ten (10) weeks from the date of the Report and Recommendation.

Signed in Baton Rouge, Louisiana, on September 28, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA